1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| UNITED STATES OF AMERICA, | ) | Case No. 09CR0879 JM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| AGUSTIN JAIME LOPEZ-CEBALLO, et al | ) | |
| Defendant. | ) | [Docket No. 30] |
| _____ | ) | |

Upon the Joint Motion of all counsel [Docket No. 30] **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting hearing currently scheduled for June 12, 2009 shall be continued until *September 11, 2009 at 1:30 p.m.* as to all Defendants.

DATED: June 10, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge