UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  09CR879-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| LOPEZ CEBALLO et al | ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
| Defendant. | ) ) | [Docket No. 34] |
| | ) ) ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the motion hearing currently scheduled for September 11, 2009, be rescheduled to Friday**, November 20, 2009, at 11:00 a.m.**

**SO ORDERED.**

DATED: September 10, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge